# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---:|
| Akorn Operating Company, LLC | Chem-Aqua Inc | 11/30/2022 | Wire | $ 764.47 |
| Akorn Operating Company, LLC | Chem-Aqua Inc | 12/9/2022 | Wire | $ 720.62 |
| Akorn Operating Company, LLC | Chem-Aqua Inc | 1/6/2023 | Wire | $ 9,565.21 |
| Akorn Operating Company, LLC | Chem-Aqua Inc | 2/1/2023 | Wire | $ 17,747.47 |
| | | | | $ 28,797.77 |